**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALBERT TRUJILLO, | ) | NO. CV 13-8190-R(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RANDY GROUNDS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 13, 2015.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE